UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WALTER ESCOBAR (#589062)

VERSUS

PAUL HALL, WARDEN

CIVIL ACTION

13-143-SDD-RLB

## RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated March 2, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Petitioner's application for *habeas corpus* relief shall be dismissed with prejudice as being without merit. Further, in the event that the Petitioner seeks to pursue an appeal in this case, a certificate of appealability shall be denied.

Baton Rouge, Louisiana the 23 day of March, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 21.